# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

November 1, 2016

The Honorable Gregory M. Sleet           *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *iControl Networks, Inc. v. SecureNet Technologies LLC*
             C.A. No. 15-807 (GMS)

Dear Judge Sleet:

      As we discussed during the telephone conference last Friday, SecureNet has filed IPR petitions directed at each of the four patents in suit.  This is to advise Your Honor that, in the first of those petitions, the PTAB yesterday instituted an IPR against all asserted claims of U.S. Patent No. 7,855,635.  A copy of the PTAB institution decision is attached as Exhibit A.

      Respectfully,

      */s/ Jack B. Blumenfeld*

      Jack B. Blumenfeld (#1014)

JBB/dlw
Enclosure
cc:    Clerk of Court (Via Hand Delivery; w/ encl.)
        All Counsel of Record (Via Electronic Mail; w/ encl.)