## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ICONTROL NETWORKS, INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>SECURENET TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>             Defendant. | CIVIL ACTION<br><br>NO. 1:15-cv-00807-GMS |

## STIPULATION AND ORDER TO SUBSTITUTE PLAINTIFF AND AMEND CASE CAPTIONS

Alarm.com, Inc. ("Alarm.com"), ICN Acquisition, LLC ("ICN"), Icontrol Networks, Inc.

("Icontrol"), and SecureNet Technologies LLC ("SecureNet") hereby stipulate and agree, subject

to approval of the Court, to substitute Alarm.com and ICN for Icontrol as Plaintiff in this action

and to amend the case caption to reflect the substitution.

DATED:  March 27, 2017

| | |
|---|---|
|    */s/ Mary B. Matterer* |    */s/ Jack B. Blumenfeld* |
| Richard K. Herrmann, Esquire (I.D. No. 405) | Jack B. Blumenfeld, Esquire (I.D. No. 1014) |
| Mary B. Matterer, Esquire (I.D. No. 2696) | Stephen J. Kraftschik (I.D. No. 5623) |
| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 500 Delaware Avenue, Suite 1500 | 1201 North Market Street |
| Wilmington, Delaware  19801 | P.O. Box 1347 |
| 302.888.6800 | Wilmington, DE 19899 |
| rherrmann@morrisjames.com | 302.658.9200 |
| mmatterer@morrisjames.com | jblumenfeld@mnat.com |
| | skraftschik@mnat.com |
| | |
| *Attorneys for Plaintiff* | |
| *Icontrol Networks, Inc., Alarm.com, Inc.,* | *Attorneys for Defendant* |
| *and ICN Acquisition, LLC* | *SecureNet Technologies LLC* |

-1-

IT IS ON THIS __ day of _____, 2017,

ORDERED that the parties' Stipulation substituting Alarm.com and ICN for Icontrol as Plaintiff in this action is hereby GRANTED; and it is further

ORDERED that Icontrol shall be terminated as Plaintiff from this action; and it is further

ORDERED that Alarm.com and ICN shall be added as Plaintiffs into this action; and it is further

ORDERED that the case caption and the ECF system in this action shall be amended to reflect this substitution.

_____
UNITED STATES DISTRICT JUDGE