IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM, INC. and ICN ACQUISITION, LLC, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 15-807 (RGA) |
| SECURENET TECHNOLOGIES LLC, ) ) | **REDACTED** |
| ) | **PUBLIC VERSION** |
| Defendant. ) | |

APPENDIX IN SUPPORT OF DEFENDANT
SECURENET TECHNOLOGIES LLC'S MOTION FOR SUMMARY JUDGMENT
AND DAUBERT MOTION TO EXCLUDE THE OPINIONS OF BRETT REED

OF COUNSEL:

Erik B. Milch
Frank Pietrantonio
COOLEY LLP
One Freedom Square
11951 Freedom Drive
Reston, VA  20190-5656
(703) 456-8000

Rose Whelan
Nicholas G. Lockhart
Naina Soni
COOLEY LLP
1299 Pennsylvania Avenue, N.W., Suite 700
Washington, DC  20004
(202) 842-7800

Original Filing Date:  October 30, 2018
Redacted Filing Date: November 6, 2018

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

| Exhibit | Description of Document | Abbreviation |
|---|---|---|
| "Kraftschik Decl." | Declaration of Stephen J. Kraftschik | |
| Kraftschik Decl, Ex. 1 | U.S. Patent No. 8,073,931 | '931 Patent |
| Kraftschik Decl, Ex. 2 | U.S. Patent No. 8,473,619 | '619 Patent |
| Kraftschik Decl, Ex. 3 | U.S. Patent No. 8,478,844 | '844 Patent |
| Kraftschik Decl, Ex. 4 | U.S. Patent No. 7,855,635 | '635 Patent |
| Kraftschik Decl, Ex. 5 | Declaration of Nathaniel Polish | Decl. of Polish |
| Kraftschik Decl, Ex. 6 | Excerpts from the Expert Report of Nathaniel Polish, Ph.D. Regarding the Invalidity of the Asserted Patents, dated July 17, 2018 (Exhibit A to the Declaration of Nathaniel Polish) | Polish Rpt. |
| Kraftschik Decl, Ex. 7 | Excerpts from the September 12, 2018 deposition transcript of Paul Clark | Clark Tr. |
| Kraftschik Decl, Ex. 8 | Excerpts from the Rebuttal Expert Report of Dr. V. Thomas Rhyne on Validity, dated August 17, 2018 | Rhyne Rpt. |
| Kraftschik Decl, Ex. 9 | Excerpts from the August 28, 2018 deposition transcript of V.Thomas Ryhne | Rhyne Tr. |
| Kraftschik Decl, Ex. 10 | iControl Networks, Inc. Patent Assignment Agreement with ICN Acquisition, LLC, dated March 8, 2017 | ALARM-SECURENET-DE0000052-56 |
| Kraftschik Decl, Ex. 11 | Excerpts from the August 28, 2018 deposition transcript of Brett Reed | Reed Tr. |
| Kraftschik Decl, Ex. 12 | Excerpts from the May 22, 2018 deposition transcript of Stephen Trundle | Trundle Tr. |
| Kraftschik Decl, Ex. 13 | Alarm.com Holdings, Inc. Settlement, Release and License Agreement with Honeywell, International Inc., dated March 3, 2017 | ALARM-ALL0012794-12808 |
| Kraftschik Decl, Ex. 14 | Amended and Restated Settlement and Patent License Agreement with Alarm.com, Inc., ICN Acquisition, LLC, iControl Networks, Inc., Comcast Corporation, dated March 8, 2017 | ALARM.COM-SECURENET-DE0000017-51 |
| Kraftschik Decl, Ex. 15 | Excerpts from Alarm.com, Inc. 10-K, dated December 31, 2017 | ALARM-ALL0010736 |
| Kraftschik Decl, Ex. 16 | Alarm.com, Inc. Settlement and Patent Agreement with iControl Networks, Inc., dated January 5, 2014 | ALARM.COM-SECURENET-DE0000001-16 |
| Kraftschik Decl, Ex. 17 | Excerpts from Plaintiffs Alarm.Com Incorporated and ICN Acquisition, LLC's Third Supplemental Responses and Objections to Defendant SecureNet Technologies LLC's First Set of Interrogatories (Nos. 2, 3, 5, 7, 8, 9, 12), dated June 1. 2018 | ADC's Third Supplemental Response to First Set of Interrogatories |
| Kraftschik Decl, Ex. 18 | Excerpts from the Opening Expert Report of Dr. | Clark Rpt. |

| Exhibit | Description of Document | Abbreviation |
|---|---|---|
| | Paul Clark, dated July 17, 2018 | |
| Kraftschik Decl, Ex. 19 | List of Patents from Icontrol Website | ALARM.COM-SECURENET-DE0000175-180 |
| Kraftschik Decl, Ex. 20 | Excerpts from the May 23, 2018 deposition transcript of Jean-Paul Martin | Martin Tr. |
| Kraftschik Decl, Ex. 21 | Excerpts from the May 21, 2018 deposition transcript of Paul Dawes | Dawes Tr. |
| Kraftschik Decl, Ex. 22 | Alarm.com Webpage | ALARM.COM-SECURENET-DE 0000065-77 |
| Kraftschik Decl, Ex. 23 | Excerpts from the May 10, 2018 deposition transcript of Bill Rose | Rose Tr. |
| Kraftschik Decl, Ex. 24 | Excerpts from the May 10, 2018 deposition transcript of Andrew Wilson | A. Wilson Tr. |
| Kraftschik Decl, Ex. 25 | Expert Report of Brett L. Reed Regarding Secondary Considerations, dated August 17, 2018 and excerpts of Exhibits | Reed Secondary Considerations Rpt. |
| Kraftschik Decl, Ex. 26 | Color Touchscreen Interface document published by Honeywell | PUBLIC0001873 |
| Kraftschik Decl, Ex. 27 | Declaration of James McAward, dated July 16, 2018 | Declaration of James McAward |
| Kraftschik Decl, Ex. 28 | 2005 Installation Instructions for the GE SuperBus® Wireless Gateway Module | PUBLIC0000792-97 |
| Kraftschik Decl, Ex. 29 | U.S. Patent App. Pub. No. US 2004/0260427 | U.S. Patent App. Pub. No. US 2004/0260427 |
| Kraftschik Decl, Ex. 30 | Email from P.Carmody to A.Wilson, et al re: Vivint-Security Home Management, dated July 7, 2011 | D. Wilson, Ex. 199 |
| Kraftschik Decl, Ex. 31 | Expert Report of Brett Reed, dated July 17, 2018 and excerpts of Exhibits | Reed Damages Rpt. |
| Kraftschik Decl, Ex. 32 | Excerpts from the May 10, 2018 deposition transcript of David Wilson | D. Wilson Tr. |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 1, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Richard K. Herrmann, Esquire<br>Mary B. Matterer, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Ian R. Liston, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| James C. Yoon, Esquire<br>Ryan R. Smith, Esquire<br>Christopher D. Mays, Esquire<br>Mary Procaccio-Flowers, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Stephen J. Kraftschik*

Stephen J. Kraftschik (#5623)