*Filed in open court this 8th day of February, 2019.*

*nms.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM, INC. and ICN ACQUISITION, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 15-807 (RGA) ) |
| SECURENET TECHNOLOGIES LLC, | ) ) ) |
| Defendant. | ) |

## JURY VERDICT FORM

**Instructions:** When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## QUESTIONS AND ANSWERS

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

Page **1** of **9**
10753754/1

## I.    INFRINGEMENT OF U.S. PATENT NO. 8,073,931 (THE '931 PATENT)

1.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet directly infringed any of the following claims of the '931 patent?

*"Yes" is a finding for Plaintiffs. "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 1 |  | 8 |
| Claim 9 |  | 8 |

*Go to Question 2.*

2.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet actively induced a third party to directly infringe any of the following claims of the '931 patent?

*"Yes" is a finding for Plaintiffs. "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 1 |  | 8 |
| Claim 9 |  | 8 |

*Go to Question 3.*

3.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet contributed to the direct infringement by a third party of any of the following claims of the '931 patent?

*"Yes" is a finding for Plaintiffs. "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 1 |  | 8 |
| Claim 9 |  | 8 |

*Go to Section II.*

10753754/1

## II.    INFRINGEMENT OF U.S. PATENT NO. 8,473,619 (THE '619 PATENT)

4.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet directly infringed any of the following claims of the '619 patent?

*"Yes" is a finding for Plaintiffs.  "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 1 |  | 8 |
| Claim 55 |  | 8 |

*Go to Question 5.*

5.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet actively induced a third party to directly infringe any of the following claims of the '619 patent?

*"Yes" is a finding for Plaintiffs.  "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 1 |  | 8 |
| Claim 55 |  | 8 |

*Go to Question 6.*

6.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet contributed to the direct infringement by a third party of any of the following claims of the '619 patent?

*"Yes" is a finding for Plaintiffs.   "No" is a finding for SecureNet.*

|           | Yes | No |
|-----------|-----|-----|
| Claim 1   |     | ☒  |
| Claim 55  |     | ☒  |

*Go to Section III.*

### III.    INFRINGEMENT OF U.S. PATENT NO. 8,478,844 (THE '844 PATENT)

7.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet actively induced a third party to directly infringe the following claim of the '844 patent?

*Yes" is a finding for Plaintiffs.  "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 48 |  | 🗴 |

*Go to Question 8.*

8.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet contributed to the direct infringement by a third party of the following claim of the '844 patent?

*Yes" is a finding for Plaintiffs.  "No" is a finding for SecureNet.*

|  | Yes | No |
|---|---|---|
| Claim 48 |  | 🗴 |

*Go to Section IV.*

10753754/1

## IV.    WILLFULNESS

*If you have found that any claim of the Asserted Patents is infringed (by answering "Yes" to any of Questions 1-8), then complete this section.*

*Otherwise, skip to Section V.*

9.    Have Plaintiffs proved by a preponderance of the evidence that SecureNet's infringement of any claim of the Asserted Patents was willful?

*"Yes" is a finding for Plaintiffs.   "No" is a finding for SecureNet.*

Yes_____    No _____

*Go to Section V.*

10753754/1

## V.    VALIDITY OF U.S. PATENT NO. 8,073,931 (THE '931 PATENT)

10.    Has SecureNet proved by clear and convincing evidence that any of the following claims of the '931 patent is invalid because it would have been obvious to a person of ordinary skill in the art at the time of the invention of the '931 patent?

*"Yes" is a finding for SecureNet.  "No" is a finding for Plaintiffs.*

|          | Yes | No |
|----------|-----|----|
| Claim 1  |     | X  |
| Claim 9  |     | X  |

*Go to Section VI.*

## VI.    DAMAGES

*If you have found any claim of the '619 or '844 patents is infringed (by answering "Yes" to any of Questions 4-8) or if you have found that any claim of the '931 patent is both infringed (by answering "Yes" to any of Questions 1-3) and that the same claim is not invalid (by answering "No" to Question 10), then complete this section.*

*Otherwise, skip to Section VII.*

### A.    Lost Profits

11.    Have Plaintiffs proved by a preponderance of the evidence that Alarm.com is entitled to lost profits?

*"Yes" is a finding for Alarm.com.  "No" is a finding for SecureNet.*

Yes_____    No _____

*If you answered "Yes" to Question 11, then go to Question 12.*

*If you answered "No" to Question 11, then skip to Question 13.*

12.    What lost profits damages, if any, do you find Plaintiffs have proved by a preponderance of the evidence that they are entitled to recover?

$_____

*Go to Question 13.*

### B.    Reasonable Royalty

13.    For any sales for which you did not award lost profits, what have Plaintiffs proved by a preponderance of the evidence that they are entitled to as a reasonable royalty for sales of SecureNet's Accused Products?

$_____

*Go to Section VII.*

10753754/1

## VII.    CONCLUSION

You have reached the end of the verdict form.  Review the completed form to ensure that it accurately reflects your unanimous determinations.  All jurors should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.  The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date 2/8/2019



Foreperson

Juror

Juror

Juror

Juror

Juror

Juror