| | |
|---|---|
| **From:** | Judge Richard Andrews |
| **Sent:** | February 7, 2019 8:55 PM |
| **To:** | Smith, Ryan |
| **Cc:** | Kenneth L. Dorsney; Liston, Ian; Blumenfeld, Jack; Yoon, James; Erik Milch |
| **Subject:** | Re: Alarm.com v. SecureNet:  DOE transcript citations |
| **Importance:** | High |

Counsel:

I've reviewed the testimony.  SecureNet cited all of the relevant testimony.  I do not think the DOE testimony is sufficient to go the jury on the "automatically discovering" term.  Thus, I will grant the JMOL on this limited issue.

I take it the jury instructions (which no longer need DOE) and the verdict form (ditto) will be amended accordingly.

Thank you.

Judge Andrews


> On Feb 7, 2019, at 8:12 PM, Smith, Ryan <rsmith@wsgr.com> wrote:
>
> Dear Judge Andrews:
>
> In response to SecureNet's JMOL, Plaintiffs submit the following
additional citations to testimony regarding DOE issues.
>
> In addition to asserting literal infringement, Plaintiffs allege
infringement under the DOE for the term "automatically discovering the security system components" ('619 patent ) and "automatically discovering network devices at the gateway" ('844 patent).  Plaintiffs' technical expert Dr. Clark expressed a theory where, as Defendant's expert Dr. Polish contends, certain manual installation steps (e.g., the "bind button") are encompassed within the gambit of "discovery," then SecureNet's partial manual installation with discovery would be equivalent to automatic discovery.  In this regard Dr. Clark testified as follows:
>
> '619 Patent:
> 20  Q. But isn't it true -- or strike that. With respect to
> 21  installing sensors, are there some steps that you'd have to
> 21  do for actually installing sensors that involve human input?
> 24  A. If you have a Z-wave door lock, you have to put it on
> 24  the door.
> 25. Q. What about -- and I think earlier you mentioned for
> 1 the sensors, as part of the installation process, you said
> 2 you would be sticking them on the door?
> 3 A. Yeah. You have to stick them on the door and remove
> 4 the tape so they become active.
> 5 Q. And if the concept of automatic discovery included

1

> 6 even that, those installations processes, would you still --
> 7 would you believe that, in your view, based on your analysis
> 8 that what SecureNet is doing is equivalent to complete
> 9 automatic discovery?
> 10 A. I think so, yes, because it's performing the function
> 11 of automatic discovery which is what is required.
> 12 Q. And even if you include those manual install steps,
> 13 would the way that SecureNet is doing it be substantially
> 14 the same as that?
> 15 A. I think so. You're going to install and then
> 16 discover.
> 17 Q. And would the result in both cases be substantially
> 18 the same?
> 19 A. Would be discovery and the objects stored back at
> 20 SecureNet servers.
> Day 2 Trial Tr. pp.415-416.
>
> 8 Q. And also, we talked about your alternative, you
> 9 believe that they were also infringed under the Doctrine of
> 10 Equivalents; is that right?
> 11 A. Well, that would be true, also, but they're literally
> 12 infringed.
> Day 2 Trial Tr. pp.426.
>
> '844 Patent:
>
> 21 Q. Oh. So on the Z-wave devices or other network
> 22 devices that you looked at, did you have any that didn't
> 23 have buttons on them?
> 24 A. Yeah. They're -- I mean, they're examples.
> 25 Q. And do you have any of those? Did you see those in
> 1 the Protect America box?
> 2 A. This is a Z-wave dead bolt lock, so it fits on the
> 3 inside of your door. And when activated, it will turn your
> 4 dead bolt. And there's no bind button on this device.
> ***
> 21 Q. And if we were to encompass all the installation
> 22  steps and pushing bind buttons on certain Z-wave devices
> 23  into what's automatic discovery, if that's what we were
> 24  saying is automatic discovery, would you still say there was
> 25  an infringement under the Doctrine of Equivalents?
> 1 A. Well, yeah. I mean, with the exception where you'd
> 2 have to look to the Doctrine of Equivalents would be whether
> 3 or not that bind button constitutes user input at the
> 4 gateway. And, again, it's arguable, but I think that the
> 5 process is equivalent. And you've installed the device,
> 6 you've hit the bind button, and you go out, and you discover
> 7 the devices. That seems automatic to me.
> 8 Q. And is your opinion on that equivalents based in the
> 9 same function-way-result test --
> 10 A. Yes.
> 11 Q. --that we talked about earlier?

> 12 A Yes.
> Day 2 Trial Tr. pp.433-434.
>
> As indicated above, Dr. Clark's testimony regarding DOE of the '844
> patent referred back to his similar testimony for the '619 patent. In other words, there is also evidence that the "function" (discovery with some manual installation steps), "way" (software based association process between controller and device) and "result" (the device end-up being discovery and operational on the network). Dr. Clark's DOE theory was bolstered by David Wilson who testified that the so-called "bind" button on Z-Wave devices could be implemented by a more general bind process without any physical button.
>
> 4. Q. As you -- but you'd agree that the bind operation
> 5 doesn't always involve a button; right?
> 6 A. It's thermostats. There's a couple programming steps
> 7   minus a bind button.
> Day 3 Trial Tr. p.693.
>
> Further, Dr. Polish testified that the Z-wave devices described in the
> '619 and '844 patents and therefore covered by the claims would function insubstantially different from those of the accused products:
>
> 15   Q.   So the old devices that were known back at the time,
> 16   the '844 patent was filed, those would have had the same
> 17   bind process as the ones we're talking about today; right?
> 18   A.   I believe the -- the -- the adding of a Z-wave device
> 19   to a Z-wave network hasn't fundamentally changed since it
> 20   started.
> Day 4 Trial Tr. p.868.
>
> Dr. Polish also testified that a person of ordinary skill in the art
> could consider the association process in Z-wave to be automatic. He offered that testimony despite characterizing the process as including some manual installations steps. This strengthens evidence of an insubstantial difference:
>
> 9   Q.   Just to be clear, you agree you could call that
> 10   process after association getting the Z-wave on there, the
> 11   network, you could call that automatic?
> 12   A.   Once you've -- once you've manually pressed the
> 13   button and connected it up, at that point in this context,
> 14   sure. It doesn't require any further user intervention.
> 1   Q.   Documents that describe the Z-wave product protocol,
> 2   they refer to automatic processes within the Z-wave
> 3   protocol; right?
> 4   A.   There are processes within Z-wave that are referred
> 5   to as automatic, yes.
> Day 4 Trial Tr. p.871-872.
>
> Respectfully submitted,
>
>
> Ryan R. Smith | Wilson Sonsini Goodrich & Rosati | 650 Page Mill Road
> |

Palo Alto, CA 94304 <x-apple-data-detectors://1/1> | Direct: 650.849.3345 <tel:650.849.3345> | Cell: 650.269.0822 <tel:650.269.0822> | Email:
rsmith@wsgr.com
>
>
>
>
> This email and any attachments thereto may contain private,
> confidential,
and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.