IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM, INC. and<br>ICN ACQUISITION, LLC,<br><br>        Plaintiffs,<br><br>    v.<br><br>SECURENET TECHNOLOGIES LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-807 (RGA)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

Plaintiffs alleged that SecureNet Technologies LLC ("SecureNet") infringed U.S. Patent No. 8,073,931 (the "'931 patent"), U.S. Patent No. 8,473,619 (the "'619 patent"), U.S Patent No. 8,478,844 (the "'844 patent"), and U.S. Patent No. 7,855,635. SecureNet denied infringement and asserted counterclaims of invalidity as to the aforementioned patents. A jury trial regarding all unabandoned claims, counterclaims, and affirmative defenses in this action commenced in this case on February 4, 2019. Following the close of Plaintiffs' case-in-chief, on February 7, 2019, the Court granted judgment as a matter of law in favor of SecureNet regarding infringement of the '619 patent and '844 patent under the doctrine of equivalents. The jury reached a verdict unanimously finding no infringement of the '931, '844, and '619 patents and no invalidity of the '931 patent.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

Judgment is entered in favor of SecureNet and against Plaintiffs on Plaintiffs' claims for infringement of the '931 patent, the '619 patent and the '844 patent; and

Judgment is entered in favor of Plaintiffs and against SecureNet on SecureNet's counterclaim for invalidity of the asserted claims of the '931 patent.

IT IS SO ORDERED AND ADJUDGED.

_____  2/21/2019
United States District Judge