IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM, INC. and<br>ICN ACQUISITION, LLC,<br><br>           Plaintiffs,<br><br>      v.<br><br>SECURENET TECHNOLOGIES LLC,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-807 (RGA)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING POST-TRIAL BRIEFING SCHEDULE**

WHEREAS, the parties participated in a five-day jury trial in the above-referenced action from February 4, 2019 through February 8, 2019;

WHEREAS, on February 8, 2019, the jury delivered its verdict (D.I. 270), and the Court instructed the parties to reach agreement on and file with the Court a post-trial briefing schedule (Tr. 1199:10-13);

WHEREAS, on February 15, 2019, the parties filed a Proposed Final Judgment (D.I. 276), which was entered on February 22, 2019 (D.I. 278), pursuant to Fed. R. Civ. P. 58(b);

WHEREAS, the parties have been communicating regarding post-trial motions and a post-trial briefing schedule and have agreed on the schedule set forth below;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the post-trial motion and briefing schedule shall be as follows:

| Event | Deadline |
|---|---|
| Rule 50(b) and Rule 59(e) Motions | March 22, 2019 (28 days after the Court entered Final Judgment on February 22, 2019) |
| Opposition to Rule 50(b) and Rule 59(e) Motions | 35 days after the Rule 50(b) and Rule 59(e) Motions are filed |

| Replies to Rule 50(b) and Rule 59(e) Motions | 21 days after the Opposition to Rule 50(b) and 59(e) Motions are filed |
|---|---|
| Motion for Attorney's Fees and Costs | The latter of 14 days after the time for appeal has expired (March 29, 2019) or within 14 days after the issuance of a mandate by the Federal Circuit |

MORRIS JAMES LLP

/s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Plaintiffs Alarm.com, Inc., and ICN Acquisition, LLC*

February 26, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Stephen J. Kraftschik*
Jack B. Blumenfeld (#1014)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant SecureNet Technologies LLC*

**SO ORDERED** this _____ day of February, 2019.

_____
United States District Judge