## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ALARM.COM, INC., a Delaware corporation, and ICN ACQUISITION, LLC, a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>SECURENET TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 15-807 (RGA)<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFFS ALARM.COM, INC. AND ICN ACQUISITION, LLC'S
### MOTION FOR NEW TRIAL AND RENEWED JMOL

Pursuant to Federal Rule of Civil Procedure 59(a), Plaintiffs Alarm.com, Inc. and ICN Acquisition, LLC (collectively, "ADC") hereby move this Court for a new trial on infringement of the '931 and '619 Patents. ADC also moves this Court for judgment as a matter of law ("JMOL") on infringement of the '931 and '619 Patents pursuant to Federal Rule of Civil Procedure 50(b). The grounds for this motion are set forth fully in the Opening Brief in Support and Declaration filed concurrently herewith.

Dated: March 22, 2019

1

10839082/1

Of Counsel:

Ian R. Liston (I.D. No. 5507)
Wilson Sonsini Goodrich & Rosati, P.C.
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
302.304.7609
iliston@wsgr.com

OF COUNSEL:
James C. Yoon
Ryan R. Smith
Christopher D. Mays
Mary A. Procaccio-Flowers
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304-1050
650.493.9300

*Attorneys for Plaintiffs*
*Alarm.com, Inc., and*
*ICN Acquisition, LLC*

<u>*/s/ Kenneth L. Dorsney*</u>
Kenneth L. Dorsney (I.D. No. 3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
302.888.6800
kdorsney@morrisjames.com

*Attorneys for Plaintiffs*
*Alarm.com, Inc., and*
*ICN Acquisition, LLC*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM, INC., a Delaware corporation, and ICN ACQUISITION, LLC, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SECURENET TECHNOLOGIES LLC, a Delaware limited liability company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 15-807 (RGA)

**JURY TRIAL DEMANDED**

## [PROPOSED] ORDER GRANTING
## ADC'S JMOL

Before the Court is Plaintiffs Alarm.com, Inc. and ICN Acquisition, LLC ("ADC")

Motion for Judgment as a Matter of Law. Having reviewed the Motion and all related briefing,

the Court hereby GRANTS ADC's Motion for Judgment as a Matter of Law.


Date: _____, 2019


_____
The Honorable Richard G. Andrews
United States District Judge

3

10839082/1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALARM.COM, INC., a Delaware corporation, and ICN ACQUISITION, LLC, a Delaware corporation, | ) ) ) | C.A. No. 15-807 (RGA) |
| | ) | **JURY TRIAL DEMANDED** |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SECURENET TECHNOLOGIES LLC, a Delaware limited liability company, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### [PROPOSED] ORDER GRANTING ADC'S
### MOTION FOR A NEW TRIAL

Before the Court is Plaintiffs Alarm.com, Inc. and ICN Acquisition, LLC ("ADC")

Motion A New Trial. Having reviewed the Motion and all related briefing, the Court hereby

GRANTS ADC's Motion for a New Trial.


Date: _____, 2019


_____
The Honorable Richard G. Andrews
United States District Judge

4

10839082/1